Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
Yuri Chornobil, SBN 331905
ychornobil@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA PARKER, individually and on behalf of herself and all others similarly situated, | Case No.:  2:20-CV-03298 DOC (AGRX) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO APPROVE SETTLEMENT PURSUANT TO PRIVATE ATTORNEYS GENERAL ACT OF 2004** |
| vs. | |
| NEW PRIME INC., | Hon. David O. Carter |
| Defendant. | Date: January 31, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 31, 2021 at 8:30 am, or as soon thereafter as the matter may be heard, in Courtroom 9D of the United States District Court Central District of California, located at 411 West Fourth Street, Santa Ana, California, Plaintiff Teresa Parker ("Plaintiff") will and hereby does move this Court for an order approving a settlement pursuant to the Private Attorneys General Act of 2004 ("PAGA"), California Labor Code §§ 2698, *et seq.* ("Stipulation Re PAGA Settlement").

This motion is based upon this Notice of Motion to Approve Settlement Pursuant to Private Attorneys General Act of 2004; the Memorandum of Points and Authorities in Support of Motion to Approve Settlement Pursuant to Private Attorneys General Act of 2004; the Declaration of Joshua Konecky in Support of Motion to Approve Settlement Pursuant to Private Attorneys General Act of 2004; the Declaration of Michael Bui on behalf of Simpluris, Inc. (Proposed Settlement Administrator); the Stipulation Re PAGA Settlement; the Proposed Order Approving PAGA Settlement and Judgment; all other records, pleadings, and papers filed in this action; and upon such other evidence or argument as may be presented to the Court at the hearing on this motion.

Dated: December 31, 2021          Respectfully submitted,

_____
Joshua Konecky
SCHNEIDER WALLACE
COTTRELL KONECKY LLP

Attorneys for Plaintiff